# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CROWE'S, INC.** )<br>)<br>)<br>**Defendant.** )<br>) | **CIVIL ACTION NO.**<br>**1:11-CV-00130-WLS** |

## STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff Equal Employment Opportunity Commission, and Defendant Crowe's, Inc., through the signatures of their counsel on this Stipulation of Dismissal do hereby stipulate and agree to dismiss the above-referenced case without prejudice.

The parties further stipulate and agree that each shall be responsible for its respective attorneys fees and costs of litigation. Therefore, the above parties do, through the below signed counsel, ask the Clerk to dismiss the above styled action without prejudice.

Respectfully submitted this 30th day of April, 2012,

<div style="margin-left: 2in;">

*s/James L. Cerwinski*
James L. Cerwinski
Ga. Bar No. 277846
Trial Attorney
U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303
Telephone:  (404) 562-6986
Facsimile:    (404) 562-6905
James.Cerwinski@eeoc.gov

Attorney for Plaintiff

*s/ C. Jason Willcox* *(with express permission)*
C. Jason Willcox
GA Bar No. 760322
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708
jwillcox@mcdr-law.com

Attorney for Defendant

</div>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 30th of April, 2012, that I served a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE upon all attorneys of record using the Court CM/ECF filing system, which will automatically send email notification of this filing to the following counsel of record:

>C. Jason Willcox
>Moore, Clarke, DuVall & Rodgers, P.C.
>2829 Old Dawson Road
>Post Office Drawer 71727
>Albany, GA 31708
>jwillcox@mcdr-law.com

>Respectfully submitted,

>*s/James L. Cerwinski*
>James L. Cerwinski
>Ga. Bar No. 277846
>Trial Attorney
>U.S. Equal Employment Opportunity Commission